# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHERIE RENEE WARREN

VERSUS

NEW ORLEANS EAST
REHABILITION HOSPITAL, INC.,
AND ABC INSURANCE

NO.   2020 CW 1163

**FEB 1 8 2021**

---

In Re:   New  Orleans  East  Rehabilitation  Hospital,  Inc.,
applying for supervisory writs, 23rd Judicial District
Court, Parish of Ascension, No. 120247.

---

**BEFORE:   WELCH, CHUTZ, AND PENZATO, JJ.**

**WRIT DENIED.**

**JEW**
**WRC**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT